UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

FILED
DEC 15 ____

_Billy Joe Pelfrey_        #1136150 Wt Rd

(Enter above the full name of the plaintiff or plaintiffs in this action).

(Inmate Reg.# of each Plaintiff)

**VERSUS**

CIVIL ACTION NO. _3:04-1303_
(Number to be assigned by Court)

_Officer Butcher_

_Officer Nueman_

_Officer Perry_

_Sgt. Issley_

_Nurse Tonya Rodriguze_

_F.B.I. Agent Smith_

_Jaro Divita_

(Enter above the full name of the defendant or defendants in this action).

## COMPLAINT

I. **Previous Lawsuits**

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

                Yes ____    No _X_

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline). *Nothing connected to this case*

1. Parties to this previous lawsuit

   Plaintiffs: _____

   _____

   _____

   Defendants: _____

   _____

   _____

2. Court (if federal court, name the district; if state court, name the county):

   _____

   _____

3. Docket Number: _____

4. Name of judge to whom case was assigned:

   _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

   _____

   _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. **Place of Present Confinement:** Western Regional Jail

    A. Is there a prisoner grievance procedure in this institution?

        Yes _x_       No ____

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

        Yes _x_       No ____

    C. If your answer is YES:

        1. What steps did you take? Another Inmate gave a grievance to Cpl Daniels, plus plaintiff reported to Daniels personally day of incident

        2. What was the result? Ignored!

    D. If your answer is NO, explain why not: _____

III. **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of Plaintiff: Billy Joe Pelfrey #1136130

       Address: One O'Hanlon Place, Barboursville WVa 25504

    B. Additional Plaintiffs and Address: All defendants address is Western Regional Jail, One O'Hanlon Place, Barboursville West Virginia, 25504 Except Jane Divitry, Cabell County Courthouse, Hunt WVa 25701 And FBI Agent Smith, Federal Courthouse Box 1570 Hunt, WVa.

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant _Officers Butcher, Numan, Perry, Issley and Rodriguze_ is employed as _C.O.s at the Western Regional Jail, Rodriguze is Nurse there_ at _One O'Hanlon Place, Barboursville, W.Va. 25504_

D. Additional defendants: _F.B.I Agent Smith is employed at the Federal Bureau of Investigations, Huntington WV 25701_
_Jara Divita is an assistant prosecuting attorney for Cabell County, employed at the Cabell County Courthouse, Huntington WVa 25701_

## IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheet if necessary).

Either in January or February of 2004 while in cell block F-4 of the Western Regional Jail Officers Nueman and Butcher came to cell block F-4 and instructed the plaintiff to go to his cell. As plaintiff went to his cell he was attacked by Officers Nueman and Butcher at his cell doorway, who pulled his cell door closed locking themselfs inside the cell with the plaintiff. The plaintiff having been attacked from behind, was knocked face down on

## IV. Statement of Claim (continued):

on his bunk by a blow to the back of his head. Then Officers Butcher and Nueman beat the plaintiff all about his body useing there hands, feet and knees. At that time the other inmates in the cell block rushed to the cell door which has a glass window and they began banging and yelling at the Officers. Once the Officers became aware that they were being watched they called for back-up and the other inmates were placed in lock down. Still at this time the plaintiff offered no resistance, but regaurdless of that fact Butcher, Numan, and Perry held the plaintiff down while Sgt Issley sprayed him in the right eye with cap-stum the plaintiff was then handcuffed and shackled and removed from his cell block. Then

## V. RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Plaintiff seeks to have what ever care is nesessary to correct damage to his right bicept and deltoid museles. And seeks monotary sum to the full extent of defendants insurence coverage.

IV. Statement Of Claim

Officers Butcher, Nueman, Perry and Issley with the intent of causeing harm. Forced the plaintiff to walk in such a way that he had to bear his entire body weight upon his right arm and sholder causeing his right bicept and deltroid muscles to rip and tear away from the tendon and bone. rendering his right arm useless. This was done by lifting the plaintiffs hands above his head while they were handcuffed behind his back. Then pushing the plaintiff down the hallway in a bent over position the entire lingths of the hall which is about seventy yards. Once plaintiff arrived at the booking room he was then strapped in a restraining seat for two and a half hours, yet the plaintiff did not provoke these Officers in anyway nor did he commit any rule violations. After plaintiff was placed in the restraining seat, Nurse Tonya Rodreguze was brought to view and record plaintiffs injuries. But because Nurse Rodriguze had lied in a prior civil litigation, the plaintiff objected to her involvement And at that time Officer Perry began to torture the plaintiff by useing his thumb to push up on the end of the plaintiffs nose and to press on his pressure points behind his ears. So Nurse Rodriguze, with the plaintiff is a restraining seat, fully clothed, with her standing three feet away made a show of examineing the plaintiff for injuries, yet plaintiff doubts if records will reflect any injuries logged by Nurse Rodriguze that will support plaintiffs claims. However, another jail nurse did take plaintiffs vital signs while he was in the restraining seat and she did give him medication for pain in his sholder. But Nurse Rodriguze was only asked to get involved to cover up this violation of plaintiff's civil rights. The plaintiff violated no rules, and no disciplinary action was taken against him.

complaint and sent it to him. Attorney Scott Belomey then attached the said complaint to a letter he had written and sent it to the Pittsburg, PA branch of the F.B.I. Yet just as the plaintiff feared, the Pittsburg Office referred the complaint to the Huntington, W.Va. branch office who once again assigned the case to F.B.I. Agent Smith. And again Agent Smith, in an effort to assist the defendants in covering-up the beating of the plaintiff, would not do his duty and preform a true investigation to establish the facts in this complaint. The plaintiff now asserts that he has a right to the equal protections under the law and Assistant Prosecuting Attorney Sara Divita and F.B.I Agent Smith delibertly denied him this right in an effort to protect the defendants

End of complaint...

As a result of the beating administered by defendants Dutcher and Nueman, the plaintiff began passing blood through his urine for three days. But could not get any assistance from the Medical Unit what so ever, simply because they did not want to create any record that may assist the plaintiff in proveing his injuries sustainned in the beating, Nurse Rodriguze insured plaintiff never saw doctor.

The next day the plaintiff was transported to the Cabell County Courthouse where he met with assistant prosecutor Jara Devitia and attorney Scott Belomey. The plaintiff at that time showed Jara Devitia bruse's on his face and told her personally that he wanted to press charges against the officers who had beat him, but Jara Devitia would not allow him to file his complaint with her even though he had already did so verbally. At that time the plaintiffs Co-counsel, Scott Belomey told the defendant to write out a complaint and he would personally send it to the Pittsburg P.A. F.B.I. office on his letter head. However, the plaintiff informed Scott Belomey that they would send F.B.I. Agent Smith to investigate it and that Agent Smith had already covered-up one complaint of the plaintiffs that he was assigned to investigate. When a court bailiff, Roman Thompson, illegally attacked the plaintiff in an open Magistrate Court room in front of five other people. Yet because the assistant prosecuting attorney would not do anything about the attack on the plaintiff, the plaintiff did as his Co-counsel advised and wrote the

## V. Relief (continued)

_____

_____

_____

_____

_____

_____


VII. Counsel

    A. If someone other than a lawyer is assisting you in preparing this case, state the person's name:

    _____

    B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

        Yes ____        No _X_

    If so, state the name(s) and address(es) of each lawyer contacted:

    _____

    _____

    If not, state your reasons: _Attorneys will not attack any criminal jail or institution, regardless of claim. Good ol-boys protect one another_

    C. Have you previously had a lawyer representing you in a civil action in this court?

        Yes ____        No _X_

If so, state the lawyer's name and address:

_____

_____

Signed this __9__ day of __December__, 1904.

_____
*[signature]*
Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __12/9/2004__
               (Date)

_____
*[signature]*
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)